Cite as 2024 Ark. 58

# SUPREME COURT OF ARKANSAS

**Opinion Delivered:** April 11, 2024

IN RE ARKANSAS SUPREME
COURT COMMITTEE ON
CRIMINAL PRACTICE

## PER CURIAM

Prosecuting Attorney Tim Blair of Lonoke; Tammy Harris, Esq., of Heber Springs; Judge Carlton Jones of Texarkana; and Judge Chris Thyer of Jonesboro are reappointed to the Arkansas Supreme Court Committee on Criminal Practice for three-year terms to expire on January 31, 2027. The Court extends its appreciation to these members for their continued service.

Bill Stanley, Esq., of Jonesboro; Prosecuting Attorney Daniel Shue of Fort Smith; and Robert E. Tellez, Esq., of North Little Rock are appointed to the committee for a three-year term to expire on January 31, 2027. We thank these new members for their willingness to serve on this important committee.

The Court extends its gratitude to Judge Kolby Harper of Hope; Lee Short, Esq., of North Little Rock; and Misty Wilson Borkowski, Esq., of Little Rock for their service to this committee. Their terms have expired.